# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**JANE MARIE LETWIN** and **PHILIP J. RUFFOLO,**
Appellants,

v.

**JP MORGAN CHASE NATIONAL ASSOCIATION, a/k/aFEDERAL NATIONAL MORTGAGE ASSOCIATION, CARRIE L. OTIS-RUFFOLO BANK OF AMERICA, N.A.,** and **STATE OF FLORIDA, DEPARTMENT OF REVENUE,**
Appellees.

No. 4D16-4052

[April 5, 2018]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Donald Hafele, Judge; L.T. Case No. 50-2013-CA-016779-XXXX-MB.

Jane M. Letwin and Philip J. Ruffolo, West Palm Beach, pro se.

Robert R. Edwards of Choice Legal Group, P.A., Fort Lauderdale, for appellee, JP Morgan Chase National Association, a/k/a Federal National Mortgage Association.

PER CURIAM.

*Affirmed.*

WARNER, GROSS and LEVINE, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***